PER CURIAM.

(No. 75-CC-585—

KATHARINE D. AGAR, Executor U/W/O WILLIAM F. EDGERTON A/K/A WILLIAM FRANKLIN EDGERTON dec'd., Claimant, vs. STATE OF ILLINOIS, Respondent.

*Opinion filed March 3, 1975.*

KATHARINE D. AGAR, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.